# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED J. DE LA COTERA, D.D.S., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 1:20-cv-05947 |
| v. | ) ) |
| CANADIAN MEDICAL DIST INC., a Canadian corporation, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, FRED J. DE LA COTERA, D.D.S., through his undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

FRED J. DE LA COTERA, D.D.S.

By: s/ Ryan M. Kelly
Ryan M. Kelly

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly